Case No. 3:21-cv-01010-E

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Plaintiff,

v.

JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,

    Defendants.

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE NOTES ACTIONS

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

Case No. 3:21-cv-00881-X

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Plaintiff,

v.

HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,

    Defendant.

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE NOTES ACTIONS

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

Case No. No. 3:21-cv-00880-C

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Plaintiff,

v.

NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,

    Defendants.

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE NOTES ACTIONS

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

Case No. 3:21-cv-01378-N

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Plaintiff,

v.

HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,

    Defendants.

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE NOTES ACTIONS

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

Case No. 3:21-CV-01379-X

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

    Plaintiff,

v.

HCRE PARTNERS, LLC n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC, JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,

    Defendants.

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE NOTES ACTIONS

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>John A. Morris (NY Bar No. 266326)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 | HAYWARD PLLC<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P.* |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 1. | *Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas*, Case No. 19-34054-sgj, D.I. 186 (Bankr. N.D. Tex. Dec. 4, 2021) | 1-3 | | | | | | X | |
| 2. | *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, Case No. 19-34054-sgj, D.I. 1808 (Bankr. N.D. Tex. Jan. 22, 2021) | 4-70 | | | | | | X | |
| 3. | *James Dondero's Objection to Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.*, Case No. 19-34054-sgj, D.I. 1661 (Bankr. N.D. Tex. Jan. 5, 2021) | 71-79 | | | | | | X | |
| 4. | The Dugaboy Investment Trust and Get Good Trust's *Objection to Confirmation of the Debtor's Fifth Amended Plan of Reorganization*, Case No. 19-34054-sgj, D.I. 1667 (Bankr. N.D. Tex. Jan. 5, 2021) | 80-114 | | | | | | X | |
| 5. | Funds and Advisors' *Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.*, Case No. 19-34054-sgj, D.I. 1670 (Bankr. N.D. Tex. Jan. 5, 2021) | 115-165 | | | | | | X | |
| 6. | *NexPoint Real Estate Partners LLC's Objection to Debtor's Fifth Amended Plan of Reorganization*, Case No. 19-34054-sgj, D.I. 1673 (Bankr. N.D. Tex. Jan. 5, 2021) | 166-173 | | | | | | X | |
| 7. | Docket entry re: Confirmation Hearing Continued on February 3, 2021 at 9:30 a.m., Case No. 19-34054-sgj, D.I. 1885 (Bankr. N.D. Tex.) | 174-175 | | | | | | X | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Transcript of Hearing Held February 3, 2021, Case No. 19-34054-sgj (Bankr. N.D. Tex.) | 176-433 | | | | | | X | |
| 9. | *Order Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief*, Case No. 19-34054-sgj, D.I. 1943 (Bankr. N.D. Tex. Feb. 22, 2021) | 434-595 | | | | | | X | |
| 10. | *Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, Exh. B., Case No. 19-34054-sgj, D.I. 1875 (Bankr. N.D. Tex. Feb. 1, 2021) | 596-644 | | | | | | X | |
| 11. | *Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.*, Case No. 19-34054-sgj, D.I. 2700 (Bankr. N.D. Tex. Aug. 11, 2021) | 645-649 | | | | | | X | |
| 12. | *Order on Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021*, Adv. Proc. No. 21-3010-sgj, D.I. 25 (Bankr. N.D. Tex. Feb. 24, 2021) | 650-655 | | | | | | | 21-3010 |
| 13. | May 28, 2021 deposition transcript of James Dondero | 656-718 | X | | | | | | |
| 14. | *Stipulation in Support of Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course*, Case No. | 719-727 | | | | | | X | |

2

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| | 19-34054-sgj, D.I. 338 (Bankr. N.D. Tex. Jan. 9, 2020) | | | | | | | | |
| 15. | *Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course*, Case No. 19-34054-sgj, D.I. 339 (Bankr. N.D. Tex. Jan. 9, 2020) | 728-733 | | | | | | X | |
| 16. | *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate*, Adv. Proc. No. 21-3003, D.I. 1 (Bankr. N.D. Tex. Jan. 22, 2021) | 734-758 | X | | | | | | |
| 17. | *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate*, Adv. Proc. No. 21-3004, D.I. 1 (Bankr. N.D. Tex. Jan. 22, 2021) | 759-779 | | X | | | | | |
| 18. | *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate*, Adv. Proc. No. 21-3005, D.I. 1 (Bankr. N.D. Tex. Jan. 22, 2021) | 780-807 | | | X | | | | |
| 19. | *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate*, Adv. Proc. No. 21-3006, D.I. 1 (Bankr. N.D. Tex. Jan. 22, 2021) | 808-819 | | | | X | | | |
| 20. | *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate*, Adv. Proc. No. 21-3007, D.I. 1 (Bankr. N.D. Tex. Jan. 22, 2021) | 820-857 | | | | | X | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 21. | *Defendant James Dondero's Original Answer*, Adv. Proc. No. 21-3003, D.I. 6 (Bankr. N.D. Tex. Mar. 16, 2021) | 858-866 | X | | | | | | |
| 22. | *Defendant's Original Answer*, Adv. Proc. No. 21-3004, D.I. 6 (Bankr. N.D. Tex. Mar. 1, 2021) | 867-874 | | X | | | | | |
| 23. | *Defendant's Original Answer*, Adv. Proc. No. 21-3005, D.I. 6 (Bankr. N.D. Tex. Mar. 1, 2021) | 875-883 | | | X | | | | |
| 24. | *Highland Capital Management Services, Inc.'s Answer to Plaintiff's Complaint*, Adv. Proc. No. 21-3006, D.I. 6 (Bankr. N.D. Tex. Mar. 3, 2021) | 884-893 | | | | X | | | |
| 25. | *HCRE Partners, LLC's Answer to Plaintiff's Complaint*, Adv. Proc. No. 21-3007, D.I. 7 (Bankr. N.D. Tex. Mar. 3, 2021) | 894-903 | | | | | X | | |
| 26. | *Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s First Request for Admissions*, Adv. Proc. No. 21-3003, D.I. 38-3 (Bankr. N.D. Tex. Apr. 28, 2021) | 904-910 | X | | | | | | |
| 27. | *Defendant James Dondero's Amended Answer*, Adv. Proc. No. 21-3003, D.I. 16 (Bankr. N.D. Tex. Apr. 6, 2021) | 911-919 | X | | | | | | |
| 28. | *Defendant James Dondero's Rule 26 Initial Disclosures*, Adv. Proc. No. 21-3003 (Bankr. N.D. Tex. Apr. 15, 2021) | 920-928 | X | | | | | | |
| 29. | *Defendant James Dondero's Objections and Answers to Highland Capital Management L.P.'s First Set of Interrogatories*, Adv. Proc. | 929-935 | X | | | | | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
|  | No. 21-3003, D.I. 38-4 (Bankr. N.D. Tex. Apr. 26, 2021) |  |  |  |  |  |  |  |  |
| 30. | *Defendant's First Amended Answer*, Adv. Proc. No. 21-3005, D.I. 50 (Bankr. N.D. Tex. Aug. 9, 2021) | 936-944 |  |  | X |  |  |  |  |
| 31. | *Highland Capital Management Services, Inc.'s First Amended Answer to Plaintiff's Complaint*, Adv. Proc. No. 21-3006, D.I. 34 (Bankr. N.D. Tex. Jun. 11, 2021) | 945-955 |  |  |  | X |  |  |  |
| 32. | *NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC's First Amended Answer to Plaintiff's Complaint*, Adv. Proc. No. 21-3007, D.I. 34 (Bankr. N.D. Tex. Jun. 11, 2021) | 956-966 |  |  |  |  | X |  |  |
| 33. | *Defendant's Amended Answer*, Adv. Proc. No. 21-3004, D.I. 48 (Bankr. N.D. Tex. July 6, 2021) | 967-976 |  | X |  |  |  |  |  |
| 34. | *Defendant's Motion for Leave to Amend Answer*, Adv. Proc. No. 21-3004, D.I. 32 (Bankr. N.D. Tex. May 22, 2021) | 977-1026 |  | X |  |  |  |  |  |
| 35. | *James Dondero's Motion and Memorandum of Law in Support to Withdraw the Reference*, Adv. Proc. No. 21-3003, D.I. 21 (Bankr. N.D. Tex. Apr. 15, 2021) | 1027-1047 | X |  |  |  |  |  |  |
| 36. | *Defendant's Motion to Withdraw the Reference*, Adv. Proc. No. 21-3004, D.I. 20 (Bankr. N.D. Tex. Apr. 13, 2021) | 1048-1051 |  | X |  |  |  |  |  |
| 37. | *Defendant's Motion to Withdraw the Reference*, Adv. Proc. No. 21-3005, D.I. 19 (Bankr. N.D. Tex. Apr. 13, 2021) | 1052-1055 |  |  | X |  |  |  |  |

5

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 38. | *Highland Capital Management Services, Inc.'s Motion to Withdraw the Reference*, Adv. Proc. No. 21-3006, D.I. 19 (Bankr. N.D. Tex. Jun. 3, 2021) | 1056-1060 | | | | X | | | |
| 39. | *Defendant's Motion to Withdraw the Reference*, Adv. Proc. No. 21-3007, D.I. 20 (Bankr. N.D. Tex. Jun. 3, 2021) | 1061-1065 | | | | | X | | |
| 40. | *Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready: and (B) Defer Pretrial Matters to Bankruptcy Court*, Adv. Proc. No. 21-3003, D.I. 67 (Bankr. N.D. Tex. July 6, 2021) | 1066-1081 | X | | | | | | |
| 41. | *Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready: and (B) Defer Pretrial Matters to Bankruptcy Court*, Adv. Proc. No. 21-3004, D.I. 50 (Bankr. N.D. Tex. July 8, 2021) | 1082-1094 | | X | | | | | |
| 42. | *Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready: and (B) Defer Pretrial Matters to Bankruptcy Court*, Adv. Proc. No. 21-3005, D.I. 40 (Bankr. N.D. Tex. July 8, 2021) | 1095-1107 | | | X | | | | |

6

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 43. | *Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready: and (B) Defer Pretrial Matters to Bankruptcy Court*, Adv. Proc. No. 21-3006, D.I. 47 (Bankr. N.D. Tex. July 14, 2021) | 1108-1120 | | | | X | | | |
| 44. | *Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready: and (B) Defer Pretrial Matters to Bankruptcy Court*, Adv. Proc. No. 21-3007, D.I. 44 (Bankr. N.D. Tex. July 14, 2021) | 1121-1133 | | | | | X | | |
| 45. | *Order* on Notice of Transmittal Regarding Withdrawal of Reference re: Report and Recommendation, Case No. 3:21-cv-00880-C, D.I. 10 (N.D. Tex. July 28, 2021) | 1134-1136 | | | | | | | X |
| 46. | *Order* re: Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready; and (B) Defer Pretrial Matters to Bankruptcy Court, Case No. 3:21-cv-00881-X, D.I. 14 (N.D. Tex. Sep. 14, 2021) | 1137-1139 | | | | | | | X |
| 47. | *Order on Motion to Withdraw Reference*, Case No. 3:21-cv-01378-N, D.I. 5 (N.D. Tex. July 26, 2021) | 1140-1141 | | | | | | | X |

7

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 48. | *Order* re: Notice of Transmittal Regarding Withdrawal of Reference re: Report and Recommendation, Case No. 3:21-cv-01379-N, D.I. 14 (N.D. Tex. Aug. 17, 2021) | 1142-1144 | | | | | | | X |
| 49. | *Order Approving Stipulation Governing Discovery and Other Pre-Trial Issues*, Adv. Proc. No. 21-3003, D.I. 86 (Bankr. N.D. Tex. Sep. 7, 2021) | 1145-1154 | X | | | | | | |
| 50. | *Order Approving Stipulation Governing Discovery and Other Pre-Trial Issues*, Adv. Proc. No. 21-3005, D.I. 70 (Bankr. N.D. Tex. Sep. 7, 2021) | 1155-1164 | | | X | | | | |
| 51. | *Order Approving Stipulation Governing Discovery and Other Pre-Trial Issues*, Adv. Proc. No. 21-3006, D.I. 75 (Bankr. N.D. Tex. Sep. 7, 2021) | 1165-1174 | | | | X | | | |
| 52. | *Order Approving Stipulation Governing Discovery and Other Pre-Trial Issues*, Adv. Proc. No. 21-3007, D.I. 70 (Bankr. N.D. Tex. Sep. 7, 2021) | 1175-1184 | | | | | X | | |
| 53. | *Order Approving Stipulation Governing Discovery and Other Pre-Trial Issues*, Adv. Proc. No. 21-3004, D.I. 68 (Bankr. N.D. Tex. Sep. 7, 2021) | 1185-1194 | | X | | | | | |
| 54. | *Order Granting Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint*, Adv. Proc. No. 21-3003, D.I. 75 (Bankr. N.D. Tex. Aug. 23, 2021) | 1195-1197 | X | | | | | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 55. | *Order Granting Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint*, Adv. Proc. No. 21-3005, D.I. 57 (Bankr. N.D. Tex. Aug. 23, 2021) | 1198-1200 | | | X | | | | |
| 56. | *Order Granting Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint*, Adv. Proc. No. 21-3006, D.I. 64 (Bankr. N.D. Tex. Aug. 23, 2021) | 1201-1203 | | | | X | | | |
| 57. | *Order Granting Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint*, Adv. Proc. No. 21-3007, D.I. 59 (Bankr. N.D. Tex. Aug. 23, 2021) | 1204-1206 | | | | | X | | |
| 58. | *Amended Complaint for (I) Breach of Contract, (II) Turnover of Property, (III) Fraudulent Transfer, and (IV) Breach of Fiduciary Duty*, Adv. Proc. No. 21-3003, D.I. 79 (Bankr. N.D. Tex. Aug. 27, 2021) | 1207-1277 | X | | | | | | |
| 59. | *Amended Complaint for (I) Breach of Contract, (II) Turnover of Property, (III) Fraudulent Transfer, and (IV) Breach of Fiduciary Duty*, Adv. Proc. No. 21-3005, D.I. 63 (Bankr. N.D. Tex. Aug. 27, 2021) | 1278-1351 | | | X | | | | |
| 60. | *Amended Complaint for (I) Breach of Contract, (II) Turnover of Property, (III) Fraudulent Transfer, and (IV) Breach of Fiduciary Duty*, Adv. Proc. No. 21-3006, D.I. 68 (Bankr. N.D. Tex. Aug. 27, 2021) | 1352-1435 | | | | X | | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 61. | *Amended Complaint for (I) Breach of Contract, (II) Turnover of Property, (III) Fraudulent Transfer, and (IV) Breach of Fiduciary Duty*, Adv. Proc. No. 21-3007, D.I. 63 (Bankr. N.D. Tex. Aug. 27, 2021) | 1436-1519 | | | | | X | | |
| 62. | *Defendant James Dondero's Answer to Amended Complaint*, Adv. Proc. No. 21-3003, D.I. 83 (Bankr. N.D. Tex. Sep. 1, 2021) | 1520-1535 | X | | | | | | |
| 63. | *Defendant NexPoint Advisors, L.P.'s Answer to Amended Complaint*, Adv. Proc. No. 21-3005, D.I. 64 (Bankr. N.D. Tex. Sep. 1, 2021) | 1536-1549 | | | X | | | | |
| 64. | *Defendant Highland Capital Management Services, Inc.'s Answer to Amended Complaint*, Adv. Proc. No. 21-3006, D.I. 73 (Bankr. N.D. Tex. Sep. 1, 2021) | 1550-1565 | | | | X | | | |
| 65. | *Defendant HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)'s Answer to Amended Complaint*, Adv. Proc. No. 21-3007, D.I. 68 (Bankr. N.D. Tex. Sep. 1, 2021) | 1566-1582 | | | | | X | | |
| 66. | *Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3003, D.I. 80 (Bankr. N.D. Tex. Sep. 1, 2021) | 1583-1610 | X | | | | | | |
| 67. | *Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3003, D.I. 81 (Bankr. N.D. Tex. Sep. 1, 2021) | 1611-1713 | X | | | | | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 68. | *Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Fifth, Sixth, and Seventh Claims for Relief*, Adv. Proc. No. 21-3003, D.I. 82 (Bankr. N.D. Tex. Sep. 1, 2021) | 1714-1746 | X | | | | | | |
| 69. | *Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3005, D.I. 66 (Bankr. N.D. Tex. Sep. 1, 2021) | 1747-1774 | | | X | | | | |
| 70. | *Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3005, D.I. 67 (Bankr. N.D. Tex. Sep. 1, 2021) | 1775-1876 | | | X | | | | |
| 71. | *Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Fifth, Sixth, and Seventh Claims for Relief*, Adv. Proc. No. 21-3005, D.I. 68 (Bankr. N.D. Tex. Sep. 1, 2021) | 1877-1910 | | | X | | | | |
| 72. | *Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3005, D.I. 69 (Bankr. N.D. Tex. Sep. 1, 2021) | 1911-1938 | | | X | | | | |
| 73. | *Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3006, D.I. 70 (Bankr. N.D. Tex. Sep. 1, 2021) | 1939-1966 | | | | X | | | |
| 74. | *Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3006, D.I. 71 (Bankr. N.D. Tex. Sep. 1, 2021) | 1967-2068 | | | | X | | | |
| 75. | *Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Fifth, Sixth, and Seventh Claims for Relief*, Adv. Proc. No. 21-3006, D.I. 72 (Bankr. N.D. Tex. Sep. 1, 2021) | 2069-2102 | | | | X | | | |

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 76. | *Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3007, D.I. 65 (Bankr. N.D. Tex. Sep. 1, 2021) | 2103-2130 | | | | | X | | |
| 77. | *Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation*, Adv. Proc. No. 21-3007, D.I. 66 (Bankr. N.D. Tex. Sep. 1, 2021) | 2131-2232 | | | | | X | | |
| 78. | *Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Fifth, Sixth, and Seventh Claims for Relief*, Adv. Proc. No. 21-3007, D.I. 67 (Bankr. N.D. Tex. Sep. 1, 2021) | 2233-2266 | | | | | X | | |
| 79. | *Motion of Defendant NexPoint Advisors, L.P. to Extend Expert Disclosure and Discovery Deadlines*, Adv. Proc. No. 21-3005, D.I. 86 (Bankr. N.D. Tex. Oct. 29, 2021) | 2267-2712 | | | X | | | | |
| 80. | *Defendant Highland Capital Management Services, Inc.'s Motion to Extend Expert Disclosure and Discovery Deadlines*, Adv. Proc. No. 21-3006, D.I. 91 (Bankr. N.D. Tex. Oct. 29, 2021) | 2713-3163 | | | | X | | | |
| 81. | *Defendant HCRE Partners, LLC's Motion to Extend Expert Disclosure and Discovery Deadlines*, Adv. Proc. No. 21-3007, D.I. 86 (Bankr. N.D. Tex. Oct. 29, 2021) | 3164-3614 | | | | | X | | |
| 82. | *Amended Stipulation Regarding Briefing and Hearing Schedule*, Adv. Proc. No. 21-3005, D.I. 99 (Bankr. N.D. Tex. Nov. 23, 2021) | 3615-3624 | | | X | | | | |

12

| Ex. | Description | Appx. # | 21-3003 | 21-3004 | 21-3005 | 21-3006 | 21-3007 | 19-34054 | Other |
|---|---|---|---|---|---|---|---|---|---|
| 83. | *Amended Stipulation Regarding Briefing and Hearing Schedule*, Adv. Proc. No. 21-3006, D.I. 104 (Bankr. N.D. Tex. Nov. 23, 2021) | 3625-3634 | | | | X | | | |
| 84. | *Amended Stipulation Regarding Briefing and Hearing Schedule*, Adv. Proc. No. 21-3007, D.I. 99 (Bankr. N.D. Tex. Nov. 23, 2021) | 3635-3644 | | | | | X | | |

*[Remainder of Page Intentionally Blank]*

13

| | |
|---|---|
| Dated: December 7, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>John A. Morris (NY Bar No. 266326)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>         jmorris@pszjlaw.com<br>         gdemo@pszjlaw.com<br>         hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P.* |