IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, <br> Plaintiff, <br><br> v. <br><br> JAMES DONDERO, <br> Defendant. | § § § § § § § § | Case No. 3:21-CV-1010-E |

### ORDER

IT IS ORDERED that this action is hereby TRANSFERRED to the docket of Judge Brantley Starr for possible consolidation with Case Number 3:21-CV-0881-X and shall henceforth carry the suffix letter "X."

**SO ORDERED** this 16th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE